# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jason E. Browne,<br><br>　　　　　Plaintiff<br>　v.<br><br>Jereme Bean,<br><br>　　　　　Defendant | Case No. 2:24-cv-01917-JAD-BNW<br><br>**Order Dismissing<br>and Closing Case**<br><br>(ECF Nos. 2, 3, 5, 6, 8) |

　　　Plaintiff Jason E. Browne initiated this case with a document titled "Order to Show Cause for Preliminary Injunction and Temporary Restraining Order and Memorandum of Law."[1] Browne then filed several motions for a temporary restraining order or preliminary injunction.[2] On October 16, 2024, the magistrate judge ordered him to file an application to proceed *in forma pauperis* or pay the $405 filing fee by November 15, 2024.[3] Browne did not file an application to proceed *in forma pauperis* by the November 15, 2024, deadline. Instead, Browne filed a motion to dismiss the "Temporary Restraining Order, Memorandum of Law, and Order."[4]

　　　I construe Browne's motion as a motion for voluntary dismissal of this case without prejudice. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[5] Browne has not yet filed a complaint or an

---

[1] ECF No. 1-1.
[2] ECF Nos. 2, 3, 5, 6.
[3] ECF No. 7.
[4] ECF No. 8.
[5] Fed. R. Civ. P. 41(a)(1)(A)(i).

application to proceed *in forma pauperis*, and the defendants have not yet been served. So no responsive pleading has been filed, and I grant the motion and dismiss this action without prejudice.

IT IS THEREFORE ORDERED that **the motion for voluntary dismissal (ECF No. 8) is GRANTED; THIS CASE IS DISMISSED** in its entirety without prejudice, and the Clerk of Court is directed to **ENTER JUDGMENT accordingly.**

IT IS FURTHER ORDERED that the motions for a temporary restraining order or preliminary injunction **(ECF Nos. 2, 3, 5, 6) are DENIED** as moot.

Dated: December 5, 2024

_____
U.S. District Judge Jennifer A. Dorsey